# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | Case No. 16-40672 |
| ) | Jointly Administered |
| ALLIED CONSOLIDATED ) | |
| INDUSTRIES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors/Debtors-in-Possession. ) | The Honorable Kay Woods |
| ) | United States Bankruptcy Judge |

## VERIFIED STATEMENT PURSUANT TO F.R.B.P. 2019

JEREMY V. FARRELL, pursuant to Federal Rule of Bankruptcy Procedure 2019, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney with the law firm of Tucker Arensberg, P.C., with offices at 1500 One PPG Place, Pittsburgh, Pennsylvania 15222.

2. This verified statement is filed in accordance with Rule 2019 of the Bankruptcy Rules of Procedure.

3. The law firm of Tucker Arensberg, P.C. has been retained as counsel for the Laborers' Combined Funds of Western Pennsylvania (the "**Laborers Funds**") and the Operating Engineers Local 66, AFL-CIO and Construction Industry Combined Funds, Inc. (the "**Operating Engineers Funds**").

4. The address for the Laborers for the purposes herein is Forbes-Pride Building, 6th Floor, 1425 Forbes Avenue, Pittsburgh, Pennsylvania 15219.

5. The address for the Operating Engineers Funds is P.O. Box 38682, Pittsburgh, Allegheny County, Pennsylvania 15238-8682.

6. These creditors hold or may hold claims in varying amounts for services performed, labor, material, equipment and/or money lent to the Debtor.

7. Tucker Arensberg, P.C. was retained directly by each creditor separately Notices of Appearances have been filed on behalf of each client.

- 2 -

8. Tucker Arensberg, P.C. does not hold any claims against or interest in the Debtor.

9. Tucker Arensberg, P.C. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should changes occur.

Dated: May 3, 2016

TUCKER ARENSBERG, P.C.

*/s/ Jeremy V. Farrell*
Jeremy V. Farrell, Esquire
jfarrell@tuckerlaw.com
Ohio I.D. No. 0087790
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212

Counsel for:

Attorneys for Creditors, Laborers' Combined Funds of Western Pennsylvania and the Operating Engineers Local 66, AFL-CIO

- 2 -