AED Gross Income (Revenue less Cost of Revenue) for Quarter Ended

| AED | 3/31/2014 | 6/30/2014 | 9/30/2014 | 12/31/2014 | 3/31/2015 | 6/30/2015 | 9/30/2015 | 12/31/2015 |
|---|---|---|---|---|---|---|---|---|
| | 575,677 | (675,813) | 462,245 | 1,048,585 | 427,103 | (463,540) | (2,735,502) | 804,234 |


EXHIBIT Attachment