## Fill in this information to identify the case:

Debtor name: **Allied Erecting & Dismantling Co., Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known): **16-40672**

☑ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B................................................................ $ 6,969,470.00 - 31,790,790.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B............................................................. $ 29,549,927.68

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B............................................................... $ 29,549,927.68

### Part 2: Summary of Liabilities

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... $ 12,750,534.27

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................. $ 877.60

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...... +$ 23,351,368.10

4. **Total liabilities**
Lines 2 + 3a + 3b ........................................................................................... $ 36,101,345.97

Official Form 206Sum  Summary of Assets and Liabilities for Non-Individuals  page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

16-40672-kw    Doc 12    FILED 05/23/16    ENTERED 05/23/16 16:55:47    Page 1 of 3

Fill in this information to identify the case:

Debtor name: **Allied Erecting & Dismantling Co., Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known): **16-40672**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 Nonpriority creditor's name and mailing address<br>**NE Ohio Trade & Economic Consortium**<br>P.O. Box 5190<br>Kent, OH 44242<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Balance of Annual Administration Fee**<br>Is the claim subject to offset? ■ No ☐ Yes | $434.00 |
| 3.2 Nonpriority creditor's name and mailing address<br>**Sharlene E. Easterday**<br>**dba Night Owl Surveillance**<br>1229 Columbiana-Lisbon<br>Columbiana, OH 44408<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services provided**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,000.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,434.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,434.00 |

# AMENDED

In re: <u>Allied Erecting & Dismantling Co., Inc.</u> / Debtor's Case No. 16-40672

**DECLARATION UNDER PENALTY OF PERJURY BY NON-INDIVIDUAL DEBTOR**

I, John R. Ramun, President of the undersigned Debtor, declare under penalty that the information given to counsel and the information provided in the foregoing Amended Summary of Assets and Liabilities for Non-Individuals and Amended Schedule "F" is true and correct to the best of my knowledge, information and belief.

**Allied Erecting & Dismantling Co., Inc.**

Dated: 05/23/2016

By: /s/ John R. Ramun, President
John R. Ramun, its President

Penalty for making a false statement or concealing property: fine of up to $500,000.00, imprisonment up to 5 years, or both. 18 U.S.C. §§152 and 3571.